**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 54 MAL 2018

         Respondent      :

                          :    Petition for Allowance of Appeal from

                          :    the Order of the Superior Court

         v.                    :

                          :

ASHLEY ROSE CURRY,          :

                          :

         Petitioner       :

## ORDER

**PER CURIAM**

     **AND NOW**, this 13th day of June, 2018, the Petition for Allowance of Appeal is **DENIED**.